IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Rogelio Dizon,

Plaintiff(s),

v.

HC Joliet, LLC,

Defendant(s).

Case No. 18 C 7175
Judge Rebecca R. Pallmeyer

## **ORDER**

Plaintiff's application for leave to proceed in forma pauperis [4] is granted. Plaintiff's motion for attorney representation [5] is denied. Initial status hearing set for 1/8/2019 at 9:00 a.m. in courtroom 2141.

Date: 10/30/2018

/s/ Rebecca R. Pallmeyer
United States District Court Judge